JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SHAWN SHARON MELAMED AND JENOUS TOOTIAN,<br><br>  Debtors.<br>_____<br><br>AMY GOLDMAN, CHAPTER 7 TRUSTEE,<br>    Plaintiff- Appellant,<br><br>v.<br><br>SHAWN DARDASHTI,<br><br>    Defendant-Appellee, | Case No. 2:24-CV-02607-JLS<br><br>BK Case No. 1:20-BK-10069-MT<br><br>Adv. Case No. 1:20-AP-01068-MT<br><br><br>**JUDGMENT** |

   Judgment is hereby entered in accordance with this Court's May 19, 2025, Order AFFIRMING the Bankruptcy Court Judgment.

DATED:   May 19, 2025

                              Clerk, United States District Court

                                      /s/ Kelly Davis
                              _____
                              Kelly Davis, Courtroom Deputy Clerk

**cc: BK Court**